# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

EDWARD LOVELESS
ADC #130502                                                                PLAINTIFF

V.                          4:04CV01240 JMM/JTR

JAMES LEAN, Resource Officer,
Pope County Detention Center, et al.                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the Objections filed by Plaintiff. *See* docket entries #9 and #10. Additionally, the Court has conducted a *de novo* review of the record in this case.

In his Objections, Plaintiff states that Defendant Deputy Pack should not be dismissed from this § 1983 action because he personally participated in the unlawful seizure of Plaintiff's personal property. *See* docket entry #10. The Court concludes, for screening purposes only, that Plaintiff has now stated a cognizable § 1983 claim against Defendant Pack. Accordingly, the Court will order service upon Defendant Pack and the remainder of the Proposed Findings and Recommended Partial Disposition will be approved and adopted as this Court's findings.

IT IS THEREFORE ORDERED that:

1. Defendant Pope County Detention Center and Defendant Pope County are DISMISSED, WITHOUT PREJUDICE, pursuant to the screening function mandated by 28 U.S.C. § 1915A.

2. The Clerk is directed to prepare a summons for Defendant James Lean, Defendant Jay Winters, and Defendant Pack and the United States Marshal is directed to serve a summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #6), the Partial Recommended Disposition, and this Order upon those three Defendants without prepayment of fees and costs or security therefor.

4. Plaintiff's Motion for Default Judgment (docket entry #8) is DENIED.

Dated this \_\_11\_\_ day of July, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE