IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EDWARD LOVELESS
ADC #130502                                                                    PLAINTIFF

V.                                    4:04CV01240 JMM/JTR

JAMES LEAN, et al.                                                             DEFENDANTS

## ORDER

On August 1, 2005, "Defendant Pack" filed an Answer indicating, among other things, that his full name is "Stephen Pack." *See* docket entry #16.

IT IS THEREFORE ORDERED THAT the Clerk is directed to change the docket sheet that "Defendant Pack" is "Defendant Stephen Pack."

Dated this 16th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE