**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

EDWARD LOVELESS
ADC #130502                                                                                      PLAINTIFF

V.                                        4:04CV01240 JMM/JTR

JAMES LEAN, Resource Officer,
Pope County Detention Center, et al.                                              DEFENDANTS

### ORDER

Pending before the Court is Defendants' Motion to Compel and to Extend the Dispositive Motion Deadline. *See* docket entry #35.[1]

On October 21, 2005, the Court entered an Order giving Plaintiff a thirty-day extension to prepare his Answers to Defendants' Interrogatories and allowing the parties sixty days to file any dispositive motions. *See* docket entry #24. On November 21, 2005, the Court entered an Order that denied Plaintiff's request for a second extension to prepare his Answers to Defendant's Interrogatories and refused to grant his motion for appointment of counsel. *See* docket entry #31. In that Order, the Court explained that the attorney/client privilege was Plaintiff's only basis for objecting to any of Defendants' interrogatories and that he must answer each of those interrogatories to the best of his personal knowledge. *Id*.

On December 16, 2005, Defendants filed the pending Motion in which they state that, because they still have not received Plaintiff's Answers to their Interrogatories, it is impossible for them to meet the December 21, 2005 deadline for filing their dispositive motions. *See* docket entry

---

[1] Plaintiff has *not* consented to proceed before a United States Magistrate Judge and has demanded a jury trial before United States District Judge James M. Moody.

#35. Accordingly, they move to compel Plaintiff to provide them with his Answers to their Interrogatories and to extend the dispositive motion deadline.

Importantly, on December 8, 2005, Plaintiff appealed this Court's November 21, 2005 Order denying him a second request for extension of time to answer Defendants' Interrogatories and refusing to grant his request for appointment of counsel. *See* docket entry #33. That appeal is now pending before United States District Judge James M. Moody.[2]

The Court concludes that, absent his obtaining relief from Judge Moody, Plaintiff must file and serve full and complete answers to each of Defendants' interrogatories on or before January 20, 2006. Additionally, the Court concludes that the deadline for filing dispositive motions should be extended until February 21, 2006.

Plaintiff has until and including January 20, 2006, to obtain a ruling from Judge Moody on his Appeal and, if necessary, to file his Answers to Defendants' Interrogatories. If Plaintiff does not obtain a ruling from Judge Moody, or Judge moody denies his appeal, **Plaintiff must file his Answers to Defendant's Interrogatories on or before January 20, 2006.[3] If Plaintiff fails to do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[4]**

---

[2] In view of Defendants' Motion to Compel, Plaintiff should consider filing a Motion requesting Judge Moody to issue an expedited ruling on Plaintiff's December 8, 2005 Appeal.

[3] Generally, answers to interrogatories, and other discovery matters are to be sent directly to the opposing counsel, and not filed with the Court. *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions") (emphasis added). However, in this case, Plaintiff is specifically directed to file his Answers to Defendants Interrogatories with the Clerk so that the Court can ensure that he has timely complied with this Order.

[4] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Compel and to Extend the Dispositive Motion Deadline (docket entry #35) is GRANTED.

2. Plaintiff shall <u>file</u> his Answers to Defendants' Interrogatories **on or before January 20, 2006.**

3. The deadline for filing dispositive motions is extended until **February 21, 2006.**

Dated this 19th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice</u>. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)